IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 10-CV-88 |
| ) | |
| HOUSING ENTERPRISES OF ) | |
| SHULLSBURG II LIMITED ) | |
| PARTNERSHIP, A Wisconsin Limited ) | |
| Partnership ) | |
| c/o Duane Kittleson, ) | |
| ) | |
| WISCONSIN HOUSING AND ) | |
| ECONOMIC DEVELOPMENT ) | |
| AUTHORITY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### ENTRY OF DEFAULT

Plaintiff United States of America requests that the Clerk of Court enter default against Defendants Housing Enterprises of Shullsburg II Limited Partnership and Wisconsin Housing and Economic Development Authority, pursuant to Fed. R. Civ. P. 55(a). It appearing from the record said defendants have failed to appear, plead, or otherwise defend, the default of Defendants Housing Enterprises of Shullsburg II Limited Partnership and Wisconsin Housing and Economic Development Authority, is hereby entered pursuant to Fed. R. Civ. P. 55(a).

Dated this 6th day of May, 2010.

_Peter Oppeneer_
PETER OPPENEER
Clerk of Court